No. 46017.—Protest 724804–G of Leonard Gordon Importing Co., Inc. (New York).

Opinion by KEEFE, J. The quantity found by the gauger and used as a basis of determining the duties collected is greater that that declared on the invoice. It was held that the fact that internal revenue taxes were collected upon the basis of a smaller quantity is immaterial. On the record presented the protest was over-ruled. *Canadian Bank of Commerce* v. *United States* (T. D. 49519) followed.